# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRESCIONE,<br><br>  Plaintiff,<br><br>  v.<br><br>CUNA BROKERAGE SERVICES,<br><br>  Defendant. | Case No.  1:16-cv-00467-DAD-SKO<br><br>ORDER REQUIRING PLAINTIFF SUBMIT CONFIDENTIAL SETTLEMENT STATEMENT BY NOON NOVEMBER 9, 2016 AND TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO COMPLY WITH THE SCHEDULING ORDER |

A settlement conference in this action is set for November 14, 2016, at 9:00 a.m. before the undersigned. (ECF Nos. 8, 10.) Pursuant to the scheduling order issued on July 20, 2016, the parties were required to submit a confidential settlement statement to the Court one week prior to the conference date. (ECF No. 8 at 7.) The Court has timely received the confidential statement from Defendant, however no statement has been received from Plaintiff. This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these

Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Plaintiff is required to submit a confidential settlement statement by noon on Wednesday, November 9, 2016. Plaintiff is directed to the July 20, 2016 scheduling order which sets forth the requirements for the confidential statement. Plaintiff shall also show cause why sanctions should not issue for the failure to comply with the July 20, 2016 scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit a confidential settlement statement directly to the chambers of Magistrate Judge Stanley A. Boone by e-mail at saborders@caed.uscourts.gov **by noon on Wednesday, November 9, 2016**; and

2. Within two (2) days from the date of service of this order, Plaintiff shall show cause in writing why sanctions should not issue for the failure to comply with the July 20, 2016 scheduling order.

IT IS SO ORDERED.

Dated:   **November 8, 2016**

UNITED STATES MAGISTRATE JUDGE

2