# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRESCIONE | Case No.  1:16-cv-00467-DAD-SKO |
| Plaintiff, | ORDER FOLLOWING SETTLEMENT, DISCHARGING ORDER TO SHOW CAUSE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v | |
| CUNA BROKERAGE SERVICES, | |
| Defendant. | TWENTY-ONE DAY DEADLINE |

A settlement conference was set in this action on November 14, 2016 and the parties were to submit confidential settlement conference statements seven days prior to the scheduled conference.  On November 8, 2016, an order issued requiring Plaintiff to submit a confidential settlement statement and show cause why sanctions should not issue for the failure to submit a confidential statement in compliance with the scheduling order.  On November 10, 2016, Plaintiff submitted the confidential settlement statement.  On November 14, 2016, this Court conducted a settlement conference in this action.  During the settlement conference, the parties reached a settlement agreement.

The Court notes that Plaintiff did subsequently comply by submitting a confidential settlement statement, but did not comply with the order requiring him to show cause why sanctions should not issue for the failure to comply with the scheduling order.  The Court shall discharge the order to show cause on this occasion, however counsel is advised that orders of this

1

Court are not mere suggestions which the parties may choose to follow or not. The parties are required to familiarize themselves with and comply with the Local Rules and all the orders issued in the action. Issuing orders to show cause are an unnecessary function for a Court and are not done simply as a reminder. The "reminder" occurred when the original order was issued setting forth the dates and obligations of the parties for the settlement conference.  When an order issues requiring the party to show cause in writing, a written response needs to be filed in this action for the Court to address.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. The order to show cause issued November 8, 2016 is DISCHARGED;
2. All pending matters and dates in this action are VACATED; and
3. Settlement documents shall be filed within twenty-one (21) days from the date of service of this order;

IT IS SO ORDERED.

Dated:   **November 14, 2016**

UNITED STATES MAGISTRATE JUDGE