UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRESCIONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CUNA BROKERAGE SERVICES, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. 1:16-cv-00467-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 18) |

On December 16, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with each party bearing its own costs and attorney's fees "except to the extent otherwise provided by the parties' Settlement Agreement." (Doc. No. 18.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:　**December 19, 2016**　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE